UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ALICE WATSON,
     Plaintiff,

v.                                Case No.: 3:25cv2253/MCR/ZCB

BALFOUR BEATTY COMMUNITIES, LLC, et al.,
     Defendants.
                               /

## **ORDER**

This matter is before the Court on Plaintiff's response (Doc. 16) to Defendant's motion to compel (Doc. 14).  On May 5, 2026, the Court ordered the parties to confer by telephone or in person to attempt to resolve the issues raised in the motion to compel.  (Doc. 15 at 2).  The Court further ordered that if the parties were unable to resolve the issues raised in the motion, then Plaintiff was to file a response by May 18, 2026. (*Id*.).  According to the Court's order, Plaintiff's response "should include the date that the in person or telephonic conference occurred, as well as the duration of the conference." (*Id*.).

Despite that clear directive from the Court, Plaintiff's response says nothing about the date of the telephonic or in person conference or its duration.  Accordingly, Plaintiff's response (Doc. 16) is **STRICKEN** for

1

failure to comply with a Court order.  *See* N.D. Fla. Loc. R. 41.1 (authorizing the Court to strike filings for failure to comply with an order).  Plaintiff has until 5:00 p.m. (central) on May 19, 2026, to file a response that complies with the Court's order.

**SO ORDERED** this 18th day of May 2026.

s/ *Zachary C. Bolitho*
Zachary C. Bolitho
United States Magistrate Judge